UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE JUSINO *Plaintiff* | : | CIVIL NO. 3:22cv490 (SALM) |
| V. | : | |
| KRISTINE BARONE, *Defendant* | : | SEPTEMBER 15, 2022 |

## **NOTICE**

On July 15, 2022, the Court issued a Scheduling and Case Management Order, in which the Court ordered that the parties, by September 15, 2022, each filed a notice on the docket indicating whether the production required in said scheduling order had been provided to the opposing party and received from the opposing party.  Doc. 16 Pg. 3.  The defendant hereby file their notice of compliance pursuant to this order.

Both parties have timely complied with the Order.  The defendant mailed, via first-class mail, initial disclosures to the plaintiff.  The defendant received the plaintiff's initial disclosures.  Undersigned counsel is mindful that the plaintiff is pro se and deems the information provided sufficient, at this stage.

        DEFENDANT
        Barone

        WILLIAM TONG
        ATTORNEY GENERAL

BY**:/s/ Zenobia Graham-Days**_____
        Zenobia G. Graham-Days
        Assistant Attorney General
        Federal Bar #ct28802
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        E-Mail:Zenobia.Graham-Days@ct.gov

## **CERTIFICATION**

I hereby certify that on September 15, 2022, a copy of the foregoing **Notice** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system. A copy was also sent to the following by first-class mail, postage prepaid, to:

Jose Jusino #320660
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

/s/ Zenobia Graham-Days
Zenobia G. Graham-Days
Assistant Attorney General