U.S. Dist. Court
Dist. of. Conn

JOSE A. JUSINO : 3:22-CV-00490 (SRU)
    V.
KRISTINE BARONE : January 24, 2023

### Notice to Court

Plaintiff is not receiving his notice of Electronic Filing. Please see: Jusino v. Pieri 3:22-CV-00092 (SRU) Notice to Court dated 1/24/2023

Respectfully Submitted

[signature]