# EXHIBIT D
# Level 1 Grievance No. 137-22-104



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

Facility/Unit: MACDOUGALL C.I. / L-1
Date: SEPTEMBER 22, 2021
Inmate name: JOSE JUSINO
Inmate number: 320660

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

VERBAL RESPONSE D.W. OGANDO: I WAS PROVIDED JOB ASSIGNMENT BUT I AM NOT WORKING / AND IS AS NEEDED. IT WAS STATED THAT IS DUE TO MY PAST HISTORY. AND I WOULD NOT RECEIVE A 5 TO 7 OR 5 DAY JOB. I AM BEING TREATED DIFFERENT THEN OTHERS / CONTINUE TO BE PUNISH FOR MY HISTORY. I WOULD REQUEST A 5 OR 7 DAY JOB ASSIGNMENT AND THAT I AM REQUESTED TO WORK NOT AS NEEDED

Inmate signature: XX
Date: SEPT. 22. 2021

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 9/24/21
IGP #: 137-22-104
Disposition: Denied
Date of Disposition: 11/23/21

Reason:

Your grievance is denied. Your claims that you are being punished due to your past history is unsubstantiated. Per Administrative Directive 10.1 Inmate Assignment and Pay Plan, section (4) Organization and Development of all Inmate Work, (A) Assignment Requirement; no inmate shall have entitlement or a legitimate expectation to any work, programmatic or education assignment or compensation therefor.

☐ This decision is not subject to further appeal.
☒ This matter may be appealed within 5 calendar days.

Staff Name Print: K Baran
Signature: W. KB
Date: Nov. 23, 2021

Initial Disclosure - Pg. 108



# Inmate Administrative Remedy Procedure – Notice of Time Extension
## Connecticut Department of Correction

CN 9607
REV 04/30/2021

| | | | |
|---|---|---|---|
| Inmate name: | Jusino, Jose | Inmate number: | 320660 |
| IGP #: | 137-22-104 | Remedy Type: | One |
| Facility/Unit: 137 | Housing unit: L1-15 | Date: | 11/5/2021 |

Your grievance/appeal is currently pending at: MacDougall

It appears that the time needed to investigate and respond to you will exceed the timeframe established by Administrative Directive 9.6, Inmate Administrative Remedies. I am, therefore, notifying you that the time frame has been extended at this level so that the issue can receive full consideration.

Additional comments: More time needed on grievance number 137-22-104.

| | |
|---|---|
| Administrative Remedies Coordinator Print: Bennett | Title: CC |
| Signature: *[signed]* | Date: 11/5/2021 |

Initial Disclosure - Pg. 109