U.S. Dist. Court
Dist. of Conn

Jose A. Jusino          : 3:22-CV-00490(SRU)
    v.                  :
Kristine Barone         : May 8. 2024

### Termination of Settlement Conference

Plaintiff would like to terminate any further Settlement Conference, Proposal, etc... Regarding all of Plaintiff cases (Global Settlement) Plaintiff is not interested in Settlement or if he prevail. Plaintiff Settlement proposal was in good Faith as prison officials who has been named Defendants in Plaintiff's other cases has claimed that Plaintiff could gain privileges as others threw a Settlement, But Defendants counsel has waisted the Court (Hon. Maria E. Garcia) Time, lied, etc.. They had enough Time to consult with defendants/ Prison officials Before the conference knowing what Plaintiff proposal for Settlement was. Instead they came to court with non of Defendant's But a D.O.C. Represents that has no idea what is happening inside the facility's, their was no consulted with defendant's, as they has no info/

knowledge of a settlement conference, Defendant counsel confuse plaintiff mental health vs plaintiff being a idiot, Their Pride has cause them to go to trial on all plaintiff cases's Including future lawsuit which plaintiff also have a Additional Two (2) more lawsuit that would Be file, causing the state to spend more money In trial then It would have cause/spend providing plaintiff settlement proposal.

Plaintiff