# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE JUSINO | DOCKET NO. 3:22-cv-00490-SRU |
| *Plaintiff* | |
| v. | |
| KRISTINE BARONE | DECEMBER 5, 2024 |
| *Defendant* | |

## MOTION FOR RELIEF FROM APPOINTMENT AS COUNSEL
## BY EMANUELE R. CICCHIELLO

Pursuant to Rule 7(e) and 83.10(g) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned, Attorney Emanuel R. Cicchiello, hereby respectfully requests relief from appointment as attorney of record for Jose Jusino, in the above-captioned matter.

On December 5, 2024, the undersigned was appointed as Pro Bono Counsel for Mr. Jusino pursuant to Rule 83.10 of the Local Civil Rules of the United States District Court for the District of Connecticut. While the undersigned takes seriously his obligation to provide pro bono publico service, Connecticut Prac. Bk. § 6.1 and Local Rule 83.10, the undersigned seeks relief from appointment in this matter for two reasons. The undersigned requests relief from appointment pursuant to the Connecticut Rules of Professional Conduct on the following bases: (1) the client or the cause is so repugnant to the lawyer as to be likely to impair the client-lawyer relationship or the lawyer's ability to represent the client, and (2) unreasonable financial burden on the firm.

First and primarily, the undersigned seeks relief pursuant to Rules of Professional Conduct 6.2(2), which provides that good cause exists to excuse appointment by a court where "the client or the cause is so repugnant to the lawyer as to be likely to impair the client-lawyer relationship or the lawyer's ability to represent the client." Here, upon appointment and in preparation for representation, the undersigned made an effort to learn about Mr. Jusino and his claims in this lawsuit. It appears that Mr. Jusino is presently imprisoned after being convicted of what can only be described as one or more especially heinous crimes.[1] The undersigned does not practice criminal law and has no experience representing individuals convicted of conduct of this magnitude. In all candor, the undersigned does not believe that he can fulfill his duty provide Mr. Jusino with zealous representation, as required by the Rules of Professional Conduct, in light of Mr. Jusino's background.

Secondly, the undersigned seeks relief pursuant to Rules of Professional Conduct 6.2(2), which provides that good cause exists to excuse appointment by a court where "representing the client is likely to result in an unreasonable financial burden on the lawyer." Here, the undersigned is the managing partner of the law firm of Cicchiello & Cicchiello, LLP. Because of undersigned's role as managing partner, the majority of the undersigned's time must be allocated to overseeing the business operations of the firm and ensuring that it is generating income and being run in a profitable manner. The undersigned has limited time to allocate to directly representing clients in active federal litigation. Should the undersigned be required to spend significant time out of the office and away from the business activities of the firm, it has the potential to impact the firm's overall income and the ability to retain staff.

---

[1] See, https://www.ctpost.com/news/article/killer-of-cellmate-to-be-sentenced-today-4417287.php (last accessed December 5, 2024) ("Jusino killed 22-year-old Reynaldo Robles at Northern Correctional Institution in Somers in July 2009. He also carved his own nickname, 'King Guala,' into Robles' chest."). See *State v. Jusino*, 163 Conn. App. 618, 620, 137 A.3d 65, 68 (2016).

2

Wherefore, Attorney Emanuele R. Cicchiello respectfully requests that the Court grant this Motion and relieve him from appointment as counsel for Jose Jusino.

RESPECTFULLY SUMITTED

By: /s/ *Emanuele R. Cicchiello*
Emanuele R. Cicchiello (ct27118)
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: 860-296-3457
Fax: 860-296-0676
Email: manny@cicchielloesq.com

## ELECTRONIC CERTIFICATION OF SERVICE

I hereby certify that on December 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e- mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Emanuele R. Cicchiello*
Emanuele R. Cicchiello (ct27118)