UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE JUSINO, | : | CIVIL NO. 3:22-cv-00490-SRU |
| *Plaintiff,* | : | |
| v. | : | |
| KRISTINE BARONE | : | DECEMBER 13, 2024 |
| *Defendant.* | : | |

## MOTION FOR RELIEF FROM APPOINTMENT AS PRO BONO COUNSEL

Pursuant to Local Rule 83.10(g), the undersigned, Raymond M. Gauvreau, respectfully moves for relief from appointment as pro bono counsel for Plaintiff Jose Jusino. Good cause exists for granting the requested relief, as the undersigned counsel is actively representing a plaintiff on a pro bono basis pursuant to Local Rule 83.10 in a matter that is likely to be scheduled for summary judgment briefing in the first quarter of 2025 and a trial on the merits in the summer or fall of the same year. As further support for this Motion, undersigned counsel respectfully states as follows:

1. Local Rule 83.10(g) provides, in relevant part, that "[i]f an attorney is currently engaged in … a pro bono representation under this rule … and does not wish to accept a new pro bono assignment, that attorney may file, within 14 days of the entry of the order appointing counsel, a notice so indicating and specifying the docket number of the case in which he … was appointed."

2. On August 26, 2022, in the matter of *Robert Gene Miller v. Then-Deputy Commissioner of Correction Angel Quiros et al*, Docket No. 3:21-cv-01583 (VDO) (hereinafter the "Miller Action"), the Court (*Bolden, J.*) issued an order pursuant to Local Rule 83.10

appointing Wystan M. Ackerman as pro bono counsel. (ECF No. 31 in the Miller Action). Mr. Ackerman filed an appearance on behalf of Mr. Miller on September 22, 2022.

3. Also on September 22, 2022, I filed an appearance on behalf of Mr. Miller in the Miller Action. Since that time, Attorney Ackerman and I have represented Mr. Miller in the Miller Action. The Miller Action is a complex litigation that involves fourteen counts against twelve different defendants in their individual capacities.

4. I have personally spent over five hundred hours over more than two years in the prosecution of the Miller Action. This includes nearly three hundred hours this calendar year alone. The Miller Action is at the precipice of summary judgment briefing and/or a trial on the merits. *See* (ECF No. 119 in the Miller Action). I expect to spend significant additional time litigating the Miller Action to conclusion in 2025.

5. The Court (*Underhill, J.*) issued an order appointing me as counsel for Plaintiff Jose Jusino in the above-captioned action on December 10, 2024. (ECF No. 101). Upon review of the docket in the instant action, there is a trial scheduled for March 10, 2025. (ECF No. 90).

6. While I recognize the importance of pro bono representation and wish to continue to support the Court's Civil Pro Bono Panel, I respectfully seek to avail myself of Local Rule 83.10(g)'s exception for attorneys currently engaged in an active pro bono representation. The need for this relief is acute based on the complexity of the Miller Action and its upcoming activity in the first quarter of 2025, as well as the near-term demands of the representation for Mr. Jusino, which also has an upcoming trial on March 10, 2025.

7. In recognition of the importance of pro bono representation and my firm's support of the Court's Pro Bono Civil Pro Bono Panel referral program, I have conferred with my

colleagues about this representation. Attorney Eric J. Rigoli (Bar No. ct31287) is available to accept the representation in this matter, if the Court elects to appoint him.

WHEREFORE, the undersigned, Raymond M. Gauvreau, respectfully moves for relief from appointment as pro bono counsel for Plaintiff Jose Jusino in this action.

PRO BONO APPOINTED COUNSEL,

*/s/ Raymond M. Gauvreau*
Raymond M. Gauvreau (ct31073)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8316
Fax: 860-275-8299
rgauvreau@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Raymond M. Gauvreau*
Raymond M. Gauvreau